

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

Nos. 07-18-00386-CV
07-19-00040-CV

IN THE INTEREST OF D.J., A CHILD

On Appeal from the 320th District Court
Potter County, Texas
Trial Court No. 80596-D, Honorable Don Emerson, Presiding

January 14, 2019

## ORDER OF SEVERANCE

Before CAMPBELL and PIRTLE and PARKER, JJ.

The maternal grandparents of D.J. each timely filed notices of appeal from the trial court's order dismissing them as conservators of the child. The child's maternal grandfather, J.S., has filed a brief on the merits. The child's maternal grandmother, F.S., was appointed an attorney who has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967).

Because the nature of our review of *Anders* cases is substantially different than the nature of our review of a brief on the merits, we believe that it is appropriate to sever the appeals. Thus, by order of this Court, F.S.'s appeal is severed into cause number 07-

19-0040-CV.  To effectuate this severance, F.S.'s brief and all related filings as well as a copy of the appellate record will be refiled in cause number 07-19-0040-CV by the Clerk of this Court.

Per Curiam